**PLAINTIFF'S EXHIBIT LIST**

| Case Name: Brailsford v. Roach | Case No: 17-cv-3029 | Page 1 of 2 |
|---|---|---|

| No: | Description | Admit without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 1. | Crash Report | | | |
| 2. | Photos of Plaintiff's Car (6 photos) | | | |
| 3. | Photos of Defendant's Car (3 photos) | | | |
| 4. | Defendant's RFP Responses | | | |
| 5. | Defendant's ROG Responses | | | |
| 6. | Defendant's RFA Responses | | | |
| 7. | Plaintiff's ROG Responses | | | |
| 8. | Plaintiff's Supp ROG Responses | | | |
| 9. | Expert ROG Responses (Huckfeldt) | | | |
| 10. | Lifecare Plan (Huckfeldt) | | | |
| 11. | Expert ROG Responses (Gilbert) | | | |
| 12. | Report on Economic Loss (Gilbert) | | | |
| 13. | Deposition – Teena Brailsford | | | |
| 14. | Deposition – Doris DeVore | | | |
| 15. | Deposition – David Gelber, M.D. | | | |
| 16. | Deposition - Lisa Heichberger, M.D. | | | |
| 17. | Deposition Vijay Pinto, M.D. | | | |
| 18. | Deposition – Devon Roach | | | |
| 19. | Deposition – Richard Welker | | | |
| 20. | Deposition - Joseph Williams, M.D. | | | |
| 21. | Deposition – Delores Wright | | | |
| 22. | Judgment in Defendant's Traffic Case | | | |
| 23. | Photos of Home Modifications (4 photos) | | | |
| 24. | Catheter | | | |
| 25. | Memorial Hospital Records | | | |
| 25a | Memorial Hospital Imaging | | | |
| 26. | Memorial Hospital Bills | | | |
| 27. | America Ambulance Service, Inc. (Billing) | | | |
| 28. | Assoc Anes Springfield LT (Billing) | | | |
| 29. | Clinical Pathologists of Central IL LTD (Billing) | | | |
| 30. | Clinical Radiologists S.C. (Billing) | | | |

| Case Name: Brailsford v. Roach | Case No: 17-cv-3029 | Page 2 of 2 |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 31. | McLeod Clarendon (Records) | | | | |
| 32. | McLeod Spine Center (Records) | | | | |
| 33. | Midwest Emergency Dept Specialists (Billing) | | | | |
| 34. | Orthopedic Center of Illinois (Billing) | | | | |
| 35. | Palmetto Health (Records) | | | | |
| 36. | Palmetto Health (Billing) | | | | |
| 37. | SIU Health Care (Billing) | | | | |
| 38. | Springfield Clinic (Billing) | | | | |
| 39. | Tuomey Healthcare (Records & Billing) | | | | |
| 40. | Urology Clinic/Vijay Pinto MD (Records) | | | | |
| 41. | Photo of Teena (Teena, Delores…) | | | | |
| 42. | Photo of Teena (Eating) | | | | |
| 43. | Photo of Teena (Eating with son) | | | | |
| 44. | Photo of Teena (with granddaughter) | | | | |
| 45. | Photo of Teena (in hospital) | | | | |
| 46. | Photo of Teena (hiking by the lake) | | | | |
| 47. | Photo of Teena (with her dad) | | | | |
| 48. | Photo of Teena (with friends) | | | | |
| 49. | Photo of Teena (with Bucky at HS reunion) | | | | |
| 50. | Photo of Teena (with Bucky) | | | | |
| 51. | Video of Teena (walking in hospital) | | | | |
| 52. | Photos of scene (3 photos) | | | | |
| 53. | Aerial Photo of scene | | | | |
| 54. | Video Animations (2 clips) | | | | |